AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

| UNITED STATES OF AMERICA | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| ERDAL DERE and FAISAL KHAN | CASE NUMBER: 1:20-CR-00501-LAP-1 |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __Erdal Dere__ substitutes
(Party(s) Name)

__Elliot G. Sagor__ , State Bar No. __1176957__ as counsel of record in
(Name of New Attorney)

place of __David I. Schoen and John Wylie Mitchell__ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Mintz & Gold LLP
Address:        600 Third Avenue, 25th Floor, New York, New York 10016
Telephone:      (212) 696-4848       Facsimile  (212) 696-1231
E-Mail (Optional):  sagor@mintzandgold.com

I consent to the above substitution.
Date:  9/23/2020
(Signature of Party(s)) Erdal Dere

I consent to being substituted.
Date:  9/23/2020
David I. Schoen
(Signature of Former Attorney(s))

I consent to the above substitution.
Date:  9/23/2020
Elliot G. Sagor
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  September 25, 2020
Loretta A. Preska
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]