AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff (s),<br>V.<br>ERDAL DERE and FAISAL KHAN<br>    Defendant (s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: __1:20-CR-00501-LAP-1__ |

Notice is hereby given that, subject to approval by the court, __Erdal Dere__ substitutes
                          (Party (s) Name)

__Elliot G. Sagor__ , State Bar No. __1176957__ as counsel of record in
(Name of New Attorney)

place of __David I. Schoen and John Wylie Mitchell__ .
     (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:    Mintz & Gold LLP
 Address:     600 Third Avenue, 25th Floor, New York, New York 10016
 Telephone:    (212) 696-4848      Facsimile (212) 696-1231
 E-Mail (Optional):  sagor@mintzandgold.com

I consent to the above substitution.
Date: __9/24/2020__           _Erdal Dere_
                     (Signature of Party (s))

I consent to being substituted.
Date: __September 24, 2020__     John W. Mitchell
                     (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __9/23/2020__          _Elliot G. Sagor_
                     (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: __September 25, 2020__      _Loretta A. Preska_
                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]