# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

December 3, 2020

<u>Via ECF</u>
Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    USA v. Erdal Dere, 20 Cr. 501 (LAP)

Dear Judge Preska:

    I represent Erdal Dere in the above referenced case. Mr. Dere seeks to expand his bail limits so he can accompany his wife who wants to have a Christmas visit with her sister in Virginia after the recent death of their mother. The Dere family would travel to Virginia by car and comply with all health requirements. The expected visit would be from December 23 to the 28, but to be safe (and not have to modify this request) I thought it would be prudent to request this expansion to include the period December 20 to 31. The government has no objection to this application. May this letter application be so ordered. Thank you very much.

                                    Respectfully submitted,

                                    Elliot G. Sagor

Cc:    AUSA Jessica Greenwood

```
The request to modify the conditions of pretrial supervision to permit
the above-described travel is approved.
SO ORDERED.

Dated:     December 4, 2020
           New York, New York
```

LORETTA A. PRESKA, U.S.D.J.