**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 12, 2021

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
Courtroom 12A
New York, New York 10007

Re: ***United States v. Erdal Dere and Faisal Khan*, 20 Cr. 501 (LAP)**

Dear Judge Preska:

The Government writes on behalf of the parties to seek an adjournment of the conference date currently scheduled for March 15, 2021 at 12:00 p.m. The parties request an adjournment to June 28, 2021 at 10:00 a.m. to allow for further production and review of discovery and to discuss a potential resolution of this matter short of trial. The Government requests, and the defendants consent to, exclusion of time under the Speedy Trial Act in the interests of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: /s Jessica Greenwood
Jessica Greenwood
Assistant United States Attorney
(212) 637-1090

So ordered
Loretta A. Preska
3/15/21