UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,   Index No.: 20 Cr. 501 (LAP)

v.   **ORDER TO AMEND**
**BAIL BOND CONDITIONS**

ERDAL DERE and FAISAL KHAN,
                Defendants.
-----------------------------------------------------------X

      By letter application dated April  , 2021 of defendant Erdal Dere it is hereby Ordered that: (1) the sale of Unit 3AB, 52 East 78th Street, New York to Eileen Love O'Donnell or alternate purchaser is authorized to proceed; (2) that the $500,000 PRB can be secured by Unit 6L1/M, 425 East 79th Street, New York, N.Y.; (3) that defendant file the UCC-1 with respect to the $500,000 PRB on Unit 6L1/6M, 425 East 79th Street, New York, N.Y. upon the filing of this order; (4) that once the UCC-1 is filed on Unit 6L1/M a UCC-3 may be filed on Unit 3AB and Unit 3C at 52 East 78th Street, removing the previously filed UCC-1.

**SO ORDERED:**

Dated: ~~April 15, 2021~~   April 16, 2021
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.