

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 23, 2021

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
Courtroom 12A
New York, New York 10007

    Re: *United States* v. *Erdal Dere and Faisal Khan*, 20 Cr. 501 (LAP)

Dear Judge Preska:

    The Government writes on behalf of the parties to seek an adjournment of the conference date currently scheduled for September 2, 2021 at 10:00 a.m.  The parties request an adjournment of approximately thirty days to allow for further production and review of discovery and to discuss a potential resolution of this matter short of trial.  The Government requests, and the defendants consent to, exclusion of time under the Speedy Trial Act in the interests of justice.  18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

    Very truly yours,

    AUDREY STRAUSS
    United States Attorney

by: /s Jessica Greenwood
    Jessica Greenwood
    Assistant United States Attorney
    (212) 637-1090

```
The conference scheduled for September
2, 2021 is adjourned to October 6,
2021 at 11:00 a.m.  Speedy Trial time
shall be excluded until the next
conference date in the interests of
justice.

SO ORDERED.

Dated:    August 24, 2021
          New York, New York
```

*[Signature: Loretta A. Preska]*

LORETTA A. PRESKA, U.S.D.J.