

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 5, 2021

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
Courtroom 12A
New York, New York 10007

      Re: *United States* v. *Erdal Dere and Faisal Khan*, 20 Cr. 501 (LAP)

Dear Judge Preska:

      The Government writes on behalf of the parties to seek an adjournment of the conference date currently scheduled for October 6, 2021 at 11 a.m.  The parties request an adjournment to November 4, 2021 at 12:00 p.m. to allow for further production and review of discovery and to discuss a potential resolution of this matter short of trial.  The Government requests, and the defendants consent to, exclusion of time under the Speedy Trial Act in the interests of justice.  18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

      Very truly yours,

      AUDREY STRAUSS
      United States Attorney

      by: /s Jessica Greenwood
          Jessica Greenwood
          Assistant United States Attorney
          (212) 637-1090

```
The conference scheduled for October 6, 2021 is adjourned to November
4, 2021 at 12:00 p.m.  Speedy Trial time is excluded until the next
conference date in the interests of justice.

SO ORDERED.

Dated:     October 6, 2021
           New York, New York
```

_____
LORETTA A. PRESKA, U.S.D.J.