**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 4, 2021

**<u>BY ECF</u>**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
Courtroom 12A
New York, New York 10007

**Re: *United States* v. *Erdal Dere and Faisal Khan*, 20 Cr. 501 (LAP)**

Dear Judge Preska:

The Government writes on behalf of the parties to seek an adjournment of the conference date currently scheduled for November 4, 2021 at 12:00 p.m.. The parties request an adjournment to January 5, 2022 at 12:00 p.m. to allow for further production and review of discovery and to discuss a potential resolution of this matter short of trial. The Government requests, and the defendants consent to, exclusion of time under the Speedy Trial Act in the interests of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: <u>/s Jessica Greenwood</u>
Jessica Greenwood
Assistant United States Attorney
(212) 637-1090

The conference is adjourned to January 5, 2022 at 12:00 p.m. Time shall be excluded through January 5, 2022 pursuant to 18 U.S.C. § 3161(h)(7) because such an exclusion of time will best serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial.

**<u>SO ORDERED.</u>**

Dated: November 4, 2021
New York, New York

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge