**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 8, 2021

**BY ECF**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
Courtroom 12A
New York, New York 10007

   Re: ***United States* v. *Erdal Dere and Faisal Khan*, 20 Cr. 501 (LAP)**

Dear Judge Preska:

   The Government writes on behalf of the parties to seek an adjournment of the conference date currently scheduled for January 5, 2022 at 12:00 p.m.. The parties request an adjournment to March 16, 2022 at 11:00 a.m. to allow for further production and review of discovery and to discuss a potential resolution of this matter short of trial. The Government requests, and the defendants consent to, exclusion of time under the Speedy Trial Act in the interests of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

                                                            Very truly yours,

                                                            DAMIAN WILLIAMS
SO ORDERED                                                  United States Attorney
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE         by: /s Jessica Greenwood
                                         Jessica Greenwood
12/9/21                                  Assistant United States Attorney
                                         (212) 637-1090