# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231
www.mintzandgold.com

March 2, 2022

**Via ECF**

Hon. Loretta A. Preska
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    <u>USA v. Erdal Dere</u>, 20 Cr. 501 (LAP)

Dear Judge Preska:

    I write to obtain your Honor's permission to excuse the appearance of defendant Erdal Dere at a pre-trial conference scheduled for March 16, 2022 at 11:00 a.m. The government does not oppose this application.

    On March 16th Mr. Dere hopes to be with his young children and wife on a long-scheduled spring break to visit in part family in Virginia. We had expected this conference to be on March 4, which Mr. Dere would have attended. We only learned the other day that the conference was scheduled for the 16th which conflicted with this long-planned trip. Under these circumstances we respectfully request that Mr. Dere be excused from attending the conference. This trip is in accordance with the procedures outlined in your Honor's attached May 12, 2021 bail expansion order.

**SO ORDERED.**
Dated:    March 3, 2022

Respectfully submitted,

*/s/ Elliot G. Sagor*

Elliot G. Sagor

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

    cc: AUSAs Jessica Greenwood and Mary Slavik
    Pre-Trial Services Officer Christina Venable