# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

600 THIRD AVENUE

25TH FLOOR

NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848

FACSIMILE (212) 696-1231

www.mintzandgold.com

March 8, 2025

Via ECF
Hon. Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    USA v. Erdal Dere, 20 Cr. 501 (LAP)

Dear Judge Preska:

    I represent Erdal Dere in the above referenced case. Mr. Dere seeks to expand his bail limits for the brief period from March 23 to March 29 to the US Virgin Islands over spring break for a family trip with his children. By memo endorsement dated May 12, 2021, Mr. Dere's geographic bail limits were extended to allow on notice short family related visits and sports related trips with his young children to other states by car as only permitted by Pre-Trial Services on 48 hours' notice to them and the government. Since that extension Mr. Dere has made other applications to travel in the United States by plane which applications have been granted. Pre-Trial Services and the government have no objection to this brief trip. Pre-Trial services will be advised of Mr. Dere's address. A passport is not needed to go to St. Thomas because it is US territory, but Mr. Dere has been advised to have his US passport on the return trip back to NYC because of enhanced security at the border even though Mr. Dere is a US citizen. Pre-Trial Service has no objection for Dere to have his passport back for the purpose of this trip, to avoid any incident or concern on his way back into NYC at Customs. Can this application also serve as an okay for the brief release of Dere's US passport which will be immediately returned to Pre-Trial Services. Accordingly, may this letter application be so ordered. Thank you very much.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*Elliot G. Sagor*

Elliot G. Sagor

Cc:    AUSA Jessica Greenwood

3/10/25