# ARTxLAW

2026-03-18

**Via ECF**

The Honorable Loretta A. Preska, *District Judge*
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

**Re:    USA v. Erdal Dere / 20 Cr. 501 (LAP)**

Dear Judge Preska:

My firm represents non-party Dr. Gary Karch in this matter. With leave of the Court, we filed a motion pursuant to FED. R. CRIM. P. 41(g), seeking the return of an ancient artwork that Dr. Karch owns, but that the U.S. government seized in connection with the above-referenced criminal case despite Dr. Karch's complete lack of involvement in that case (the "Motion"). Because the government has failed to file timely opposition papers, we respectfully request that the Motion be decided in Dr. Karch's favor due to that default.

We filed the Motion on 2026-February-25 (Dkt Nos. 97-99). The Notice of Motion, which is attached for reference, obligated the government to file opposition papers no later than 2026-March-11: 14 days after the moving papers were filed. As of the date and time this letter is being submitted, the government has not filed opposition papers or, indeed, communicated in any way concerning the Motion. Accordingly, the government has defaulted on the Motion, and we therefore respectfully submit that the Motion be decided in Dr. Karch's favor without opposition.

We note that, because any request to file papers at this late date would come after the due date of those papers, the government, in accordance with FED. R. CIV. P. 6(b)(1)(B) and the identically worded FED. R. CRIM. P. 45(b)(1)(B) , would have to file a new motion and make a satisfactory showing of good cause, including a satisfactory showing of "excusable neglect." *Davidson v. Keenan*, 740 F.2d 129, 132 (2d Cir. 1984). Had the government attempted to make such a showing, we would of course have responded.

**ARTxLAW** PLLC | *Mobilis in Mobili* | john@artxlaw.com | 212.719.4400

2026-03-18
Hon. Loretta A. Preska
Page 2

However, we respectfully submit that the time for the government even to attempt to do so passed today, which was the last date for Dr. Karch to submit reply papers had the government filed opposition papers, and therefore the date that the Motion has been effectively submitted to the Court for determination.

Accordingly, we respectfully submit that the Motion is now ripe for determination in Dr. Karch's favor due to the government's default and respectfully request that the Court grant the Motion on that basis.

Respectfully,

*Ronald W. Adelman*

Ronald W. Adelman
ron@artxlaw.com

Attachment
cc:    All counsel of record (by ECF)

The Government may file any reply no later than April 2, 2026. The Clerk of the Court shall close docket number 100. **SO ORDERED.**

_____
Loretta A. Preska, U.S.D.J.
March 19, 2026
New York, New York

3/19/24