UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                          :

UNITED STATES OF AMERICA      :    <u>UNSEALING ORDER</u>
                          :

       - v. -          :    20 Cr. 501 (LAP)
                          :

ERDAL DERE,              :
                          :

      Defendant.      :
                          :

- - - - - - - - - - - - - - - - - - x

       Upon application of the United States of America, by and through Assistant United States Attorney Jessica Greenwood, it is hereby ORDERED that the S2 Information in the above-captioned case, 20 Cr. 501 (LAP), which was filed on or about May 21, 2026, be unsealed effective immediately. The Clerk of Court shall close dkt. no. 109.

SO ORDERED.

Dated:   New York, New York
        June  17  , 2026


                                             _____
                                           HONORABLE LORETTA A. PRESKA
                                           UNITED STATES DISTRICT JUDGE
                                           SOUTHERN DISTRICT OF NEW YORK